**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6736**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOEL DEVON ARTIS,

Defendant - Appellant.

**No. 20-6739**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOEL DEVON ARTIS,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:12-cr-00091-D-1; 5:12-cr-00342-D-1)

Submitted:  March 3, 2021                    Decided:  March 8, 2021

Before WYNN, THACKER, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

G. Alan DuBois, Federal Public Defender, Stephen C. Gordon, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Raleigh, North Carolina, for Appellant. Robert J. Higdon, Jr., United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, Banumathi Rangarajan, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joel Devon Artis appealed the district court's order denying his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. While the appeals were pending, Artis died on December 20, 2020. Accordingly, we dismiss these appeals as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*